PROB12A                                                    SD/FL PACTS No. 116829
(SD/FL 10/01)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  13-80029-TP-HURLEY

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Robert Middleton Frye

Name of Sentencing Judicial Officer: The Honorable H. Dale Cook, Senior United States District Judge, Northern District of Oklahoma

October 4, 2013: Transfer of Jurisdiction to the Southern District of Florida. Assigned to the Honorable Daniel T. K. Hurley, Senior United States District Judge

Date of Original Sentence: February 6, 2007

| | |
|---|---|
| Original Offense: | Count 30: Bank Fraud, in violation of Title 18 U.S.C. 1344(1) and 2(b), a Class B felony. |
| Original Sentence: | Sixteen (16) months imprisonment, followed by five (5) years Supervised Release, with the following Special Conditions: (1) Search and Seizure and Count (2) Special Financial Conditions. A Special Assessment of $100 and Restitution in the amount of $60,543.50, payable at a rate of 10% of net monthly net income. |
| | January 24, 2012: Violation of Supervised Release. The Court revoked the defendant's term of Supervised Release and he was sentenced to nine (9) imprisonment, with credit for time served, followed by thirty-six (36) months Supervised Release. The following Special Conditions were imposed: (1) Search; (2) Financial Disclosure and Restrictions; (3) Substance Abuse Treatment and (4) Mental Health Treatment. Restitution in the amount of $45,588.30, payable at a rate of equal payments of $100 or 10% of net monthly income, whichever is greater. |
| | September 18, 2013: Violation of Supervised Release and no action taken by the Court. |

Type of Supervision: Supervised Release          Date Supervision Commenced: June 27, 2012

## STATUS REPORT

Throughout the defendant's term of Supervised Release, this office has been monitoring his ability to make restitution payments towards his court-ordered financial obligation . The defendant has paid a total of $18,992.23 to date and has a remaining balance of $37,334,78. The defendant's term of supervision is scheduled to terminate on June 26, 2015, and he will be unable to satisfy this financial obligation in full.

PROB12A
(SD/FL 10/01)

SD/FL PACTS No. 116829

A financial investigation was conducted and the defendant reported the household expenses on a monthly basis, totaling approximately $2,860 and his monthly gross income is approximately $3,000.

The defendant has been advised that the restitution judgment, plus interest remains valid for a period of 20 years from the date of the judgment, plus time for incarceration. The United States Attorney's Office has been notified of the defendant's termination date, and they will continue monitoring payments towards the restitution at the completion of his supervision.

**RECOMMENDATION**:

As such, it is respectfully requested that Your Honor take no further action and allow the defendant's term of supervised release to expire as scheduled on June 26, 2015.

Respectfully submitted,

Marisa R. Barwig

by:      *Marisa R. Barwig* 2015.05.11
13:06:17 -04'00'

Marisa R. Barwig
United States Probation Officer
Office: 561-804-6895
Cellular: 786-269-3965
Date: May 11, 2015

[X]   Concur with recommendation of the U.S. Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

_May 13, 2015_
Date